# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128184

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                              SC: 128184
                              COA: 259127
                              Kalamazoo CC: 03-001077-FH

CLAUDIA TIFFANY FORD,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk